# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| TOMMIE PERRIS CRAWFORD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UNITED STATES MARSHALS SERVICE, )<br>et al., )<br>)<br>Defendants. )<br>_____) | CIVIL ACTION<br><br>No. 18-2003-KHV |

## MEMORANDUM AND ORDER

On June 15, 2018, plaintiff filed a document titled Amended Private Settlement Agreement (Doc. #31) which asks the Clerk of Court to enter an order which releases him from custody. The Court construes this filing as a motion to alter or amend judgment. Amended Judgment In A Civil Case (Doc. #28) filed May 15, 2018. For reasons stated in Memorandum And Order (Doc. #17) filed March 14, 2018 at 2, and Memorandum And Order (Doc. #27) filed May 15, 2018 at 3-4, the Court overrules plaintiff's motion.[1]

---

[1] The Court considers a document "frivolous" when "it lacks an arguable basis either in law or in fact." Neitzke v. Williams, 490 U.S. 319, 325 (1989) (frivolous filings include "fanciful factual allegation[s]" or "inarguable legal conclusion[s]"). The fact that a party attaches exhibits to a motion does not show that the motion has an arguable basis in law or fact.

Defendant's basic contention – i.e. that he can satisfy his criminal judgment and shorten his prison sentence through monetary payments – lacks any basis in law. Further, defendant has "an extensive record of frivolous filings." United States v. Crawford, No. 05-294 (JRT/AJB), 2009 WL 1096050, at *1 (D. Minn. Apr. 22, 2009); see also Memorandum In Support Of United States' Motion To Dismiss (Doc. #5) filed January 5, 2018 at 1-2 n.1 (summarizing plaintiff's prior filings in the District of Kansas). The Court finds that plaintiff's motion is frivolous, see Amended Private Settlement Agreement (Doc. #31), and retains authority to sanction plaintiff for frivolous filings in the future. Fed. R. Civ. P. 11(c).

**IT IS THEREFORE ORDERED** that plaintiff's Amended Private Settlement Agreement (Doc. #31) filed June 15, 2018, which the Court construes as a motion to alter or amend judgment, is **OVERRULED**.

Dated this 6th day of July, 2018 at Kansas City, Kansas.

                                                s/ Kathryn H. Vratil
                                                KATHRYN H. VRATIL
                                                United States District Judge